**Amnah QAISER, Plaintiff-Appellant,**

v.

**SMALL BUSINESS ADMINISTRA-TION; Linda McMahon; Vanessa Piccioni, Defendants-Appellees.**

No. 16-1586

United States Court of Appeals,
Fourth Circuit.

Submitted: May 24, 2017

Decided: June 7, 2017

Charity Chidinma Emeronye Swift, Stephen Christopher Swift, SWIFT & SWIFT, ATTORNEYS AT LAW, PLLC, Alexandria, Virginia, for Appellant. Dana J. Boente, United States Attorney, Andrew S. Han, Assistant United States Attorney, Alexandria, Virginia, for Appellees.

Before KING, AGEE, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amnah Qaiser appeals the district court's order denying her motion for leave to amend her complaint and granting Defendants summary judgment on Qaiser's discrimination and hostile work environment harassment claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012). We have reviewed the record and have considered the parties' argu-

ments and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Qaiser v. SBA*, No. 1:15-cv-01627-JCC-MSN (E.D. Va. filed Mar. 18, 2016 & entered Mar. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*